IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. H-11-2446 |
| § | |
| FINANCIAL ROBOTICS, INC., AND MARK E. RICE, § § § § | JURY TRIAL DEMANDED |
| Defendants. § | |

### **DEFENDANT, MARK E. RICE'S, NOTICE OF APPEAL**

Notice is hereby given that Defendant, Mark E. Rice, hereby appeals to the United States Court of Appeals for the Fifth Circuit, at New Orleans, Louisiana, the following orders and/or judgments entered on the docket of this case on August 8, 2011; (Docket No. 34), August 15, 2011; (Docket No. 40), and August 31, 2011, (Docket No. 43). The official Docket Sheet of the District Clerk for the Southern District of Texas, which confirms the date of entry of these orders, and their description, is attached as Exhibit A.

DATED: September 6, 2011.

Respectfully submitted,

s/ Joe Alfred Izen, Jr.
_____
Joe Alfred Izen, Jr.
5222 Spruce Street
Bellaire, Texas  77401
(713) 668-8815
(713) 668-9402 FAX

1

        s/Harris S. Wood, Jr.
        _____
        Harris S. Wood, Jr.
        2190 North Loop West, Suite 308
        Houston, TX 77018
        281-924-5876 M
        281-579-1586 Fax
        hwoodatty@yahoo.com

        ATTORNEYS FOR DEFENDANT
        MARK E. RICE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to the following parties by electronic transmission and/or U.S. Mail, postage prepaid, on this the 6th day of September, 2011:

| | |
|---|---|
| Charlene C. Koonce | Kevin S. Webb |
| 500 N. Akard St., Suite 2700 | Senior Trial Attorney |
| Dallas, TX 75201 | Division of Enforcement |
| Attorney for Receiver | Commodity Futures Trading Comm. |
| Kelly M. Crawford | 1155 21st St. NW |
| 214-706-4242 FAX | Washington, D.C. 20581 |

        s/ Joe Alfred Izen, Jr.
        _____
        Joe Alfred Izen, Jr.

RICE.NOA/TK442