IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-2446 |
| FINANCIAL ROBOTICS, INC. and MARK E. RICE, | § § § § | |
| Defendants. | § § | |

## ORDER

The defendant's motion for a continuance, (Docket Entry No. 63), is granted. The hearing scheduled for 3:00 p.m. on November 15, 2011, is reset for **November 29, 2011 at 3:00 p.m.** Counsel for the plaintiff may appear by telephone by calling the court's designated conference line at 713-250-5550.

SIGNED on November 10, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge