IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | § § § § § § § § § § § | CIVIL ACTION NO. 4:11-cv-2446 |
| Plaintiff, | | |
| v. | | |
| FINANCIAL ROBOTICS, INC. AND MARK E. RICE | | |
| Defendants. | | |

### DECLARATION OF CHARLENE C. KOONCE IN SUPPORT OF RECEIVER'S MOTION FOR EXPEDITED ORDER COMPELLING ALFRED JOE ALFRED IZEN, JR. TO DISGORGE RETAINER FUNDS

My name is Charlene C. Koonce, I am over 18 years of age, have never been convicted of any crime involving moral turpitude and I am fully competent to make this Declaration.

1. I am a Partner at Scheef & Stone, LLP, Texas counsel to the Receiver Kelly M. Crawford, who was appointed on June 30, 2011 by the Court in the case styled above, and I have personal knowledge of each of the facts stated below.

2. A true and correct copy of a July 25, 2011 letter to Joe Izen, Jr. is attached as Exhibit "1".

3. A true and correct copy of an August 9, 2011 email received from Joe Izen, Jr. is attached as Exhibit "2".

4. A true and correct copy of an August 10, 2011 email received from Joe Izen, Jr. is attached as Exhibit "3".

5. A true and correct copy of a September 27, 2011 letter to Michael Carey is attached as Exhibit "4".

6.  A true and correct copy of a September 27, 2011 letter to Joe Izen, Jr. is attached as Exhibit "5".

7.  A true and correct copy of a September 28, 2011 email to Joe Izen, Jr. is attached as Exhibit "6".

8.  A true and correct copy of an October 7, 2011 letter to Joe Izen, Jr. is attached as Exhibit "7".

9.  A true and correct copy of an October 24, 2011 letter from Joe Izen, Jr. is attached as Exhibit "8".

10. A true and correct copies of pages 1, 58, 59, 66 and 67 from the condensed copy of Defendant Mark E. Rice's October 12, 2011 Deposition are attached as Exhibit "9".

11. A true and correct copy of an October 25, 2011 letter to Joe Izen, Jr. is attached as Exhibit "10".

12. A true and correct copy of a November 10, 2011 email to Joe Izen, Jr. is attached as Exhibit "11".

13. A true and correct copy of a November 10, 2011 email from Joe Izen, Jr. is attached as Exhibit "12".

14. A true and correct copy of a November 11, 2011 letter to Joe Izen, Jr. is attached as Exhibit "13".

15. A true and correct copy of a November 17, 2011 letter from Joe Izen, Jr. is attached as Exhibit "14".

16. I declare under penalty of perjury that the foregoing is true and correct and is within my personal knowledge.

November 17, 2011.

                                                             */s/ Charlene C. Koonce*
                                                             CHARLENE C. KOONCE