IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>  Plaintiff,<br><br>VS.<br><br>FINANCIAL ROBOTICS, INC., AND MARK E. RICE,<br><br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. H-11-2446<br>§<br>§<br>§ JURY TRIAL DEMANDED<br>§<br>§ |

## ORDER DIRECTING PAYMENT INTO REGISTRY OF THE COURT

PURSUANT to the oral pronouncement of this Court on the 29th day of November, 2011 at the hearing on the Receiver's Motion to Expedite and Motion To Disgorge, it is hereby:

ORDERED that the attorney for the Defendant, Mark E. Rice, Joe Alfred Izen, Jr., is hereby directed to pay the sum of $20,000.00 into the registry of this Court. It is further

ORDERED that the Clerk of this Court is hereby authorized to receive said payment from Joe Alfred Izen, Jr. and to deposit said payment in the registry of this Court. It is further;

ORDERED that said funds shall remain in the registry of this Court pending further order(s) concerning the disposition of same.

SIGNED on this the 2d day of December, 2011.

UNITED STATES DISTRICT JUDGE
LEE H. ROSENTHAL

1