IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. H-11-2446 |
| § | |
| FINANCIAL ROBOTICS, INC. and MARK E. RICE, § § § § | |
| Defendants. § | |

## ORDER

Bryan L. Wright's Motion for Protection and to Quash Subpoena based on the inadequate time provided the witness and his counsel to respond is granted. (Docket No. 66). If the deposition of Wright is still needed, counsel for the USCFTC and counsel for Wright are ordered to confer on the date, time, and scope of the subpoena. If they cannot agree, they must seek a conference with the court before filing any motion for protection or to compel.

SIGNED on March 12, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge