IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-2446 |
| FINANCIAL ROBOTICS, INC. and MARK E. RICE, | § § § | |
| Defendants. | § § | |

## ORDER

Counsel for defendant has filed a motion to quash, (Docket Entry No. 100). The filing of these motions is inconsistent with this court's procedures, which require the following:

> **Any party wishing to make any discovery motion should arrange for a conference with the court before the preparation and submission of <u>any</u> motion papers. Call, fax, or e-mail Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov at any time to arrange for a premotion conference and notify your adversary of the date and time fixed for the conference, subject to the availability of opposing counsel. The fax number is (713) 250-5213. To the extent that the proposed motion can be disposed of upon oral presentation at the conference, this will be done. If papers are necessary, the issues to be addressed and a schedule for the briefs will be defined in the conference.**

This motion is stricken. A premotion conference is set for **March 20, 2012, at 1:00 p.m.** to address the subject matter of the motion. Out of town counsel may attend by telephone.

SIGNED on March 15, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge