IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. H-11-2446 |
| § FINANCIAL ROBOTICS, INC. and § MARK E. RICE, § § | |
| Defendants. § | |

## ORDER

The petition for approval of settlement agreement with Mathew Skaggs and Bryan White, (Docket Entry No. 106), is granted.

SIGNED on March 29, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge