**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. H-11-2446 |
| FINANCIAL ROBOTICS, INC. and MARK E. RICE, | §<br>§<br>§ | |
| Defendants. | §<br>§ | |

**ORDER**

A hearing on Rice's Motion to Modify the SRO to Allow Earned Income and Payment of Living Expenses, (Docket Entry No. 113), is set for **August 6, 2012 at 10:00 a.m.** The parties should be prepared to address all issues raised by Rice's motion and to present evidence on the status of Rice's compliance with this court's SRO. Out-of-state counsel for the CFTC may appear by telephone if the CFTC anticipates that its participation in the hearing will be minimal. If the CFTC anticipates presenting any substantive arguments, presenting any evidence, or cross-examining any witnesses, counsel must appear in person.

SIGNED on July 30, 2012, at Houston, Texas.

Lee H. Rosenthal
United States District Judge