IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. H-11-2446 |
| § | |
| FINANCIAL ROBOTICS, INC. and MARK E. RICE, § § § | |
| Defendants. § | |

## ORDER

U.S. Commodity Futures Trading Commission's motion to continue the deadline for filing amended pleadings, (Docket Entry No. 161), is granted. It has until April 1, 2013 to file an amended complaint.

SIGNED on February 27, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge