IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-2446 |
| FINANCIAL ROBOTICS, INC., a Texas Corporation, and MARK E. RICE., | § § § § | |
| Defendant. | § | |

## ORDER

Select Portfolio Servicing, Inc. (SPS) moved for leave to file a complaint in intervention, (Docket Entry No. 181). The parties do not oppose intervention. The motion is granted.

SIGNED on July 3, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge