IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION    § § § | |
| Plaintiff,    § § | |
| VS.    § § | CIVIL ACTION NO. H-11-2446 |
| FINANCIAL ROBOTICS, INC., a Texas Corporation, and MARK E. RICE.,    § § § § | |
| Defendant.    § | |

## ORDER

The Intervenor, Select Portfolio Servicing, Inc., as Servicer for U.S. Bank National Association, as Trustee, Successor in Interest to Wachovia Bank, N.A. (formerly known as First Union National Bank), as Trustee for Long Beach Mortgage Loan Trust 2002-1's ("Intervenor"), filed a Motion to Lift Stay, Receivership and Injunctive Relief as to Residence Only. (Docket Entry No. 181). No opposition has been filed. The motion is granted. It is ordered that the Receivership and any injunctive relief pertaining to the assets of Mark Rice are lifted, but only as to the property identified by its physical address of 142 Keswick Court, Sugar Land, Texas 77478 (the "Property"). It is further ordered that any *lis pendens* pertaining to this lawsuit that affect the Property be dissolved.

SIGNED on August 23, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge