IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-11-2446 |
| FINANCIAL ROBOTICS, INC. and MARK E. RICE, | § § § § | |
| Defendants. | § | |

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

Counsel for the parties have advised the court that an amicable settlement has been reached in this action by both the Receiver and by the CFTC as to all claims against the defendants. The settlement is pending before the CFTC for agency approval. Because the time required for that approval is uncertain, and because steps to advance this action in the meantime are unnecessary and inappropriate, this action is stayed and administratively closed. The closing is without prejudice to the right of counsel to move for reinstatement within 90 days on presentation of adequate proof that the settlement either requires judicial approval or could not be consummated. All motions currently pending are denied without prejudice. Any movant seeking to resubmit or reurge those motions must do so within 14 days from the date any motion for reinstatement is filed.

SIGNED on September 30, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge