IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | § § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| v. | § § | 4:11-cv-2446 |
| FINANCIAL ROBOTICS, INC. AND MARK E. RICE | § § § § | |
| Defendants. | § § | |

ORDER APPROVING PETITION NO. 6:
RECEIVER'S PETITION TO APPROVE FINAL ACCOUNTING, AND REQUEST FOR AUTHORIZATION TO ACCOMPLISH
<u>ALL MATTERS NECESSARY TO CLOSE THE RECEIVERSHIP</u>

On this date the Court considered the Receiver's Closing Petition No. 6: Petition to Approve Final Accounting, and Request for Authorization to Accomplish all Matters Necessary to Close the Receivership (the Petition). After considering the pleadings on file it appears the matters requested are just and reasonable, and that all necessary and appropriate matters have been resolved through the administration of this Receivership. Accordingly, the Court believes the Petition should be and hereby is GRANTED.

IT IS ORDERED that the Receiver's Final Accounting, attached to the Petition as <u>Exhibit A</u>, is approved;

IT IS FURTHER ORDERED that the Receiver is authorized to close the receivership bank account after paying all approved fees and expenses.

IT IS FURTHER ORDERED that the Receiver is authorized to file with the Internal Revenue Service or any governmental agency any tax returns or compliance

documents that may be requested.

IT IS FURTHER ORDERED that the Receiver is authorized to retain the books and records of the Receivership necessary to support the tax returns filed by the Receiver for a period of four years and thereafter destroy the books and records of the Receivership.

IT IS FURTHER ORDERED that the Receiver is authorized to destroy all books and records of the Receivership, not necessary to support the tax returns filed by the Receiver, after 120 days from the date of this Order.

IT IS FURTHER ORDERED that all persons are hereby enjoined from commencing or prosecuting, without leave of this Court, any action against the Receiver or his agents in connection with or arising out of the Receiver's service to this Court in this Receivership.

IT IS FURTHER ORDERED that the Receiver's bond is hereby released, and the Receiver, his employees, agents, attorneys and assistants are hereby exonerated and released from any and all further liability for or to the Receivership Estate, as defined in the Court's Statutory Restraining Order ("SRO"), the creditors, claimants, beneficiaries, or prior owners of the Receivership Estate.

IT IS FURTHER ORDERED that the Court hereby retains jurisdiction over the receivership for all purposes.

IT IS FURTHER ORDERED that any injunctive relief created by the SRO [Docket Number 6] or other prior orders (including, without limitation, the Order of Preliminary Injunction and other Equitable Relief against Defendants, Docket Number 34) which is not otherwise expressly dissolved by the Consent Judgment between the CFTC and Defendant, is dissolved, vacated, and of no further force and effect. Nothing contained in this Order shall release any obligation or term of the Consent Judgment between the CFTC and Defendant.

IT IS FURTHER ORDERD that the receivership is closed.

SO ORDERED.

January 21st, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE